AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY GENO MARTINSON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV124-235

SHERIFF WHITTLE,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 6, 2025, the Court overrules Petitioner's objections, adopts the Report and Recommendation of the Magistrate Judge as its opinion, and dismisses this case filed pursuant to 28 U.S.C. § 2241 without prejudice. The Court denies a COA in this case, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



| 3/6/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*

GAS Rev 10/2020